■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER SNELL, Also Known as JOHN, Appellant. [616 NYS2d 260] —Appeal from a judgment of the County Court of Albany County (Turner, Jr., J.), rendered April 3, 1993, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the fifth degree.

Contrary to defendant's contention, the prison sentence he received of 2 to 6 years was not harsh or excessive. The plea was to a reduced charge in full satisfaction of a two-count indictment, was in accordance with the terms of the plea agreement and was within the range permitted by statute.

Cardona, P. J., Mikoll, Crew III, Weiss and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD R. WILLIAMS, Appellant. [616 NYS2d 260] —Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered October 2, 1992, convicting defendant upon his plea of guilty of the crimes of criminal sale of a controlled substance in the third degree, robbery in the second degree and assault in the second degree.

Defendant pleaded guilty to the crimes of criminal sale of a controlled substance in the third degree, robbery in the second degree and assault in the second degree. He was subsequently sentenced to concurrent terms of imprisonment of 4 to 12 years on the sale conviction, 3 to 9 years on the robbery conviction and 1 to 3 years on the assault conviction. On this appeal, defendant's sole contention is that the sentence imposed is harsh and excessive. Defendant pleaded guilty knowing that he would receive the sentence ultimately imposed, which was not the harshest possible. Further, County Court imposed concurrent rather than consecutive sentences. Given these circumstances, as well as defendant's criminal record, we find no basis to disturb the sentence imposed by County Court.

Cardona, P. J., White, Casey, Weiss and Peters, JJ., concur. Ordered that the judgment is affirmed.